**James Stewart HODGES,**
**Plaintiff–Appellant,**

v.

**UNITED STATES of America,**
**Defendant–Appellee.**

No. 00–7094.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2001.

Decided Feb. 13, 2001.

William Martin Stanley, Jr., Davis & Stanley, Fairfax, VA, for appellant.

Lynne A. Battaglia, United States Attorney, Larry D. Adams, Assistant United States Attorney, Baltimore, MD, for appellee.

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

James Stewart Hodges appeals the district court's order dismissing his claims against the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 2671–80 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hodges v. United States*, No. CA–99–1437–WMN (D.Md. May 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*